# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DONNA McKEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:15-CV-358 |
| ) | |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Susan Collins, filed on March 22, 2017 (DE #34).

Magistrate Judge Collins recommends that the Motion to Dismiss filed by Wal-Mart Stores East, LP (DE #24) be **DENIED**, but that Donna McKee and Attorney Persinger: (1) be **ORDERED** to pay the reasonable expenses, including attorney's fees, that Wal-Mart incurred in filing the motion to compel (DE #19) and the motion to dismiss (DE #24), pending Wal-Mart's submission of a supporting affidavit; and (2) be duly **WARNED** that any additional discovery transgressions may result in sanctions, up to and including dismissal of this case.

More than 14 days have passed and no party has filed any objection to the Report and Recommendation. Fed. R. Civ. P. 72(b)(2); *see also Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904

(7th Cir. 1999) (explaining that the failure to file a timely objection will result in the waiver of the right to challenge a report and recommendation). Accordingly, the parties have waived their right to challenge the report and recommendations.

Therefore, the Court hereby **ADOPTS** the Report and Recommendation (DE #34).


DATED: April 21, 2017                     /s/ RUDY LOZANO, Judge
                                                           **United States District Court**